UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY FORD, | 1:06-cv-01325 OWW TAG  (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| ANTHONY MALFI, | |
| Respondent. | (Doc. 26) |

On March 25, 2008, Petitioner filed a motion for a 14-day extension of time to file his traverse to Respondent's answer in this action. (Doc. 26).  The Court has considered Petitioner's motion, finds that good cause exists to grant it, and makes the following order:

1. Petitioner's motion for an extension of time to file a traverse is GRANTED;

2. Petitioner shall have to and including April 11, 2008 to file a traverse; and

3. This order is made nunc pro tunc to March 25, 2008.

IT IS SO ORDERED.

Dated:  **March 28, 2008**              /s/ Theresa A. Goldner
                        UNITED STATES MAGISTRATE JUDGE